Ralph Esmerian               5             60247 - Zondra Jackson
Docket Number: 0208 1:11CR00347



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2019



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑ Court Orders supervision to terminate as scheduled on November 28, 2019

or

U.S. Probation Officer is directed to:

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other:

_____
Honorable Denise Cote

_____
Date    11/21/19